ACCEPTED
04-15-00245-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/6/2015 11:18:00 AM
KEITH HOTTLE
CLERK

**No. 04-14-00245-CR**

**IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

7/6/2015 11:18:00 AM

KEITH E. HOTTLE
Clerk

**JULIO ALEJANDRO ZUNIGA**                                    **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                        **APPELLEE**

---

**MOTION TO RECALCULATE TIME
TO FILE APPELLANT'S BRIEF**

---

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS OF TEXAS:**

COMES NOW, JULIO ALEJANDRO ZUNIGA, the Appellant in the above styled and numbered cause, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(a)(2), through the undersigned counsel, files this motion to recalculate time to file the Appellant's brief. In support of this motion the Appellant respectfully shows the following:

I.     Current deadline for filing the Appellant's brief:

On June 3, 2015, the court ordered that the appellant's brief was due to be filed by July 3, 2015. Appellant's first extension of time to file the Appellant's brief

1

was granted on July 2, 2015, and the Appellant's brief is now due to be filed on or before **August 3, 2015**.

II.     The complete reporter's record has not been filed:

On June 3, 2015, all filings, from appeal number 04-15-00224-CR, including the clerk's and reporter's records, were ordered to be transferred to this appeal number. The only part of the reporter's record that has yet been filed under either appeal number is the two volumes that were filed by Roxanne F. Pena on May 4, 2015.

III.    The complete reporter's record was requested:

On April 17, 2015, by written request filed with the clerk of the trial court in cause number 2014CR0936, the undersigned requested preparation of the reporter's record from the remainder of the proceedings, including the jury trial. A copy of the filed marked request for preparation of the reporter's record is attached to this motion as an appendix.

IV.    There can be no filing date until the complete reporter's record is filed:

Until the complete reporter's record is filed, the undersigned cannot begin work on the Appellant's brief. Moreover, no due date for the Appellant's brief can be assigned until the complete reporter's record is filed. TEX.R.APP.P. 4.1(a) and 38.6(a)(2).

2

## PRAYER

THEREFORE, undersigned counsel for the Appellant prays that this Court issue an order suspending the current due date for filing the Appellant's brief in the above case and recalculate the filing date once the complete reporter's record is filed. As always, the Appellant also asks this Court to grant all such relief as is fair and just.

Respectfully submitted,

RICHARD B. DULANY, JR.
Texas Bar No. 06196400
Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701
(210) 335-0707 fax
Richard.Dulany@bexar.org

/s/ Richard B. Dulany, Jr.

_____
RICHARD B. DULANY, JR.

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned does hereby certify that a copy of the above motion was delivered by electronic service to the Appellate Section of the State's Attorney:

3

Nicholas A. LaHood, Criminal District Attorney, Bexar County District Attorney's Office, Appellate Section, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205, on **July 6, 2015**. The word count is **517** exclusive of the appendix.

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.

## NO. 2014CR0936

STATE OF TEXAS

VS.

JULIO ZUNIGA

IN THE DISTRICT COURT

187TH JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

15 APR 17 AM 11: 12

DEPUTY

COPY

### REQUEST FOR PREPARATION OF REPORTER'S RECORD AND DESIGNATION OF MATTERS TO BE INCLUDED

**TO THE CLERK AND COURT REPORTER OF SAID COURT:**

Now comes Julio Zuniga, Defendant in the above styled and numbered cause, and pursuant to Rule 34.6(b) of the Texas Rules of Appellate Procedure, requests the court reporter or reporters who made the record in this cause to prepare a reporter's record, and that the testimony included in the reporter's record be in question and answer form.

The proceedings:

On October 2, 2014, a hearing was held on a Motion to Suppress. Voir dire was held on October 6, 2014, and the jury was sworn that same day. The jury trial was held on October 13 & 14, 2014. Sentencing was held on October 14, 2014. All of these proceedings were before the Honorable Raymond Angelini and the court reporter was Bettina Williams. Preparation of the reporter's record from these proceedings is requested.

A bond reduction hearing was held on January 8, 2014 before the Honorable Andrew Carruthers. The court reporter was Roxie Pena. **Preparation of the reporter's record from the bond reduction hearing is not requested at this time.**

Matters requested:

The Defendant designates that the following matters be included in the reporter's record:

1.      Testimony of all witnesses, heard in and outside the jury's presence, including

questions and objections of counsel and the ruling and remarks of the Court thereon;

2.     Voir dire of jury venire, including objections of counsel and the ruling and remarks of the Court thereon;

3.     Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court thereon;

4.     All matters heard outside the presence of the jury, including pre-trial, trial and post-trial hearings, charge conferences and bench conferences, objections, rulings, and remarks of the Court thereon;

5.     All bills of exception and testimony thereon, including exhibits, objections of counsel, and the ruling and remarks of the Court thereon;

6.     Testimony taken during sentencing proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court thereon;

7.     Testimony taken during motion for new trial proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court thereon; and

8.     All exhibits admitted into evidence

9.     All exhibits offered into evidence but not received into evidence.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully prays that this Court grant this request, and order preparation of the reporter's record in this case.

Respectfully submitted,

RICHARD B. DULANY, JR.
Texas Bar No. 06196400
Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva St., Suite 310

2

San Antonio, Texas 78205
(210) 335-0701
Fax: (210) 335-0707
Richard.Dulany@bexar.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been hand-delivered to: (1) the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; (2) Bettina Williams, Official Court Reporter, 187th District Court, Cadena-Reeves Justice Center, 300 Dolorosa, Second Floor, San Antonio, Texas 78205; and (3) Roxie Pena, Official Court Reporter, Criminal Magistrate Court, 300 Dolorosa, Second Floor, San Antonio, Texas 78205, on **April 17, 2015**.

RICHARD B. DULANY, JR.

3